(103 So. 902)

### Ross FORD v. STATE. (5 Div. 542.)

(Court of Appeals of Alabama. Jan. 13, 1925. Rehearing Denied April 7, 1925.)

Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

Violating Prohibition Law.

Reynolds & Reynolds, of Clanton, for appellant.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

SAMFORD, J. The questions involved on this appeal are identical with those presented in Lum Roseberry v. State (5 Div. 530), ante, p. 450, 103 So. 898.

On authority of that case the judgment in this case is affirmed.

═══

(103 So. 902)

### Charlie CLECKLER v. STATE. (5 Div. 531.)

(Court of Appeals of Alabama. Jan. 13, 1925. Rehearing Denied April 7, 1925.)

Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

Reynolds & Reynolds, of Clanton, for appellant.

Harwell G. Davis, Atty. Gen., and Martin, Thompson, Foster & Turner, of Birmingham, for the State.

BRICKEN, P. J. From a conviction for the offense of violating the Prohibition Laws of the state, defendant appealed.

The points of decision, relied upon to effect a reversal of the judgment of conviction, are presented by the record, as there is no bill of exceptions.

Each question here presented has been decided by this court, present term, in the case of Lum Roseberry v. State (5 Div. 530) ante, p. 450, 103 So. 898.

Upon authority of that case, the judgment appealed from will stand affirmed. See, also, Oscar Minor v. State (5 Div. 541) ante, p. 453, 103 So. 902, present term.

Affirmed.